NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SITE UPDATE SOLUTIONS, LLC,**
*Plaintiff-Appellee,*

**v.**

**ACCOR NORTH AMERICA, INC., CBS CORP., TICKETMASTER ENTERTAINMENT, INC., JASONS DELI CORP., THE WALT DISNEY COMPANY, AND TIME WARNER, INC.,**
*Defendants,*

**AND**

**NEWEGG, INC.,**
*Defendant-Appellant.*

---

2013-1458

---

Appeal from the United States District Court for the Northern District of California in No. 11-CV-3306, Magistrate Judge Paul S. Grewal.

---

Before PROST, REYNA, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

The Supreme Court decided *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, No. 12-1184, 110 U.S.P.Q.2d 1337 (U.S. 2014) on April 29, 2014.

IT IS ORDERED THAT:

The district court's order denying declaration of an exceptional case and award of attorneys' fees is vacated and the case is remanded for further proceedings in light of the Supreme Court's decision.

FOR THE COURT

May 14, 2014
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc:  Yar R. Chaikovsky
     John J. Edmonds